# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO: 3:05CV255

| | |
|---|---|
| **NOVELETTE BUTLER,** ) | |
| Plaintiff ) | |
| vs. ) | |
| ) | **ORDER** |
| **EQUIFIRST CORPORATION,** ) | |
| **TIM FORRESTER and WENDY SIDLES,** ) | |
| Defendants. ) | |
| ) | |

Pursuant to Title 28, United States Code, Section 636(b) and the standing orders of designation entered by the district court, the undersigned magistrate judge has before him the "Motion to Dismiss" (Document No. 12) and "Memorandum of Law in Support ..." (Document No. 13), filed January 12, 2006, by Defendants Tim Forrester and Wendy Sidles.

In accordance with the dictates of Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), the undersigned is required to notify Plaintiff that she has the right to file a response in opposition to the instant motion. The response may include affidavits in opposition to the motion, or other responsive material. However, the court notes that it is not required to consider affidavits in determining whether dismissal is appropriate under Federal Rule of Civil Procedure 12(b)(6). See Fed. R. Civ. P. 12(b)(6) and Advisory Committee Notes to Rule 12(b)(6). Inasmuch as uncontested motions are routinely granted, Plaintiff's failure to respond to the motion to dismiss within the allotted time may cause the court to conclude that the Defendants' contentions are undisputed. As a result, the court may grant dismissal in favor of the Defendants. Accordingly, unless Plaintiff files a response in opposition to the motion, it is likely that dismissal will be granted in favor of the Defendants. Any response or affidavits or other responsive material must be filed no later than **August 31, 2006.**

Any response filed by Plaintiff should be accompanied by a brief containing a concise statement of reasons for Plaintiff's opposition and a citation of authorities upon which Plaintiff relies. Plaintiff is reminded that affidavits must be made on personal knowledge, contain facts admissible in evidence and be made by one shown to be competent to testify. A false statement under oath or under penalty of perjury may be a crime punishable as provided by law.

The original and one copy of Plaintiff's response should be mailed to the Clerk of U.S. District Court, and a copy served upon counsel for each Defendant. Any pleadings presented to this court for filing must be accompanied by a certificate stating that Plaintiff has served copies on counsel for the Defendants.

**IT IS, THEREFORE, ORDERED** that the Plaintiff has until **August 31, 2006,** within which to respond to the Defendants' Motion to Dismiss.

This Order is entered in preliminary response to Defendants' Motion to Dismiss.

The Clerk is directed to mail a copy of the Defendants' Motion to Dismiss and Memorandum (Document Nos. 12 and 13) to Plaintiff, and to certify copies of this Order to Plaintiff, to counsel for the Defendants, and to the Honorable Frank D. Whitney.

Signed: August 10, 2006

David C. Keesler
United States Magistrate Judge