UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05-cv-255

| | | |
|---|---|---|
| NOVELETTE BUTLER, | ) | |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| EQUIFIRST CORPORATION, TIM FORRESTER and WENDY SIDLES, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On April 24, 2007, the magistrate judge issued a Memorandum and Recommendation in the present case recommending that Defendants Tim Forrester and Wendy Sidles's Motion to Dismiss be granted. (Doc. No. 25).[1] The parties were advised that objections were to be filed in writing within ten days after service of the magistrate judge's decision. That deadline has now passed without any party filing objections in this matter. After a careful review of the Memorandum and Recommendation, the Court finds that the magistrate judge's proposed findings of fact are supported by the record and that the proposed conclusions of law are consistent with current case law. Accordingly, the Court hereby accepts the magistrate judge's recommendation.

**THEREFORE, IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss (Doc. No. 12) be **GRANTED** and the Complaint against the individual Defendants Forrester and Sidles be **DISMISSED WITH PREJUDICE.**

---

[1] Specifically, the magistrate judge concluded that the defendants, as the plaintiff's supervisors, were not liable in their individual capacities for Title VII violations. Lissau v. Southern Food Service, Inc., 159 F.3d 177 (4th Cir. 1998).

1

Signed: June 6, 2007

Robert J. Conrad, Jr.
Chief United States District Judge