# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Novelette Butler,

    Plaintiff(s),

vs.

Equifirst Corp, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:05cv255

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/6/07 Order.

Signed: June 6, 2007

Frank G. Johns, Clerk
United States District Court