# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

### CIVIL CASE NO. 3:05cv255

| | |
|---|---|
| NOVELLETTE BUTLER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>EQUIFIRST CORPORATION, TIM )<br>FORRESTER and WENDY SIELLES )<br>[SIC], )<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS MATTER** is before the Court on the parties' Status Report.

The Court notes from the Status Report filed October 10, 2007, that mediation has been scheduled on December 12, 2007.

The parties are hereby notified that on or before December 14, 2007, the parties shall file report of the status of their mediation.

The parties are further notified that this matter is scheduled for trial at the February 11, 2008 term of court following the criminal calendar.

**IT IS SO ORDERED.**

Signed: October 23, 2007

Martin Reidinger
United States District Judge